DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. YOUNG

No. 381P91

Case below: 103 N.C.App. 415

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 November 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

STATE FARM MUTUAL AUTO. INS. CO. v. BLACKWELDER

No. 404PA91

Case below: 103 N.C.App. 656

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991.